**Michael R. MORELAND, Plaintiff–Appellant,**

v.

**State of MARYLAND, and its instrumentalities, Defendant–Appellee.**

**No. 01–1261.**

United States Court of Appeals, Fourth Circuit.

Submitted July 26, 2001.

Decided July 31, 2001.

Michael R. Moreland, pro se.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Michael R. Moreland appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp.2000) complaint for lack of subject matter jurisdiction. We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *Moreland v. Maryland,* No. CA–01–99–WMN (D. Md. filed Jan. 23, 2001; entered Jan. 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*DISMISSED.*